UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
    -v- : 25 Cr. 329 (JAV)
:
ALBERTO ROMAN, : <u>ORDER</u>
:
    Defendant. :
:
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    On October 30, 2025, the Court received an email communication from defense counsel, attaching a report outlining the findings of a competency evaluation that had been performed at the request of defense counsel. Defense counsel requested 1) permission to file the letter and accompanying report under seal; 2) a conference to discuss the issues raised by the report; and 3) a stay of the current motion schedule.

    The Government shall file a letter by November 4, 2025, providing its position regarding these requests as well as proposed next steps with respect to the findings in the report. The letter should include whether the Government intends to conduct an independent evaluation regarding Defendant's competency to stand trial and the timing of any such evaluation. Additionally, in light of the representations made in the report regarding Defendant's current state of mind, the Government should outline what, if any, mental health services and protective measures have been provided at the MDC with respect to Defendant.

    SO ORDERED.

Dated: November 3, 2025
       New York, New York

                                            JEANNETTE A. VARGAS
                                            United States District Judge