```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -v-                                     :         25 Cr. 329 (JAV)
                                                    :
ALBERTO ROMAN,                                      :              ORDER
                                                    :
                        Defendant.                  :
                                                    :
------------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the Government's November 4 letter (ECF No. 51). The Government is directed to confer with defense counsel regarding potential experts to conduct an independent evaluation of Defendant to determine his competency to assist in his defense and to stand trial. By joint letter due November 20, 2025, the parties shall propose at least three potential experts, agreed upon by both the Government and defense counsel, for the Court's consideration.

Additionally, the Court grants the Government's request to seal the redacted portions of the November 4 letter, and Defendant's request to seal the report attached to his October 30, 2025 letter. Defendant's privacy interest in his medical and mental health information outweighs the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The Court denies Defendant's request to seal the October 30 letter. Defendant shall file the letter on the docket by November 10, 2025, and file the accompanying report under seal.

The Court further grants Defendant's request for a stay of the motion schedule *sine die*.

SO ORDERED.

Dated: November 6, 2025
New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge