UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                              :
                                                                       :
        -v-                       :     25 Cr. 329 (JAV)
                                                                       :
ALBERTO ROMAN,                                                         :     ORDER
                                                                       :
        Defendant.                :
                                                                       :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of the joint letter submitted on November 19, 2025. ECF No. 55.

      It is hereby ordered that Dr. Cherly Paradis, a forensic psychiatrist, is appointed to conduct a psychiatric examination of the defendant, Alberto Roman, in order to determine whether Mr. Roman understands the nature and consequences of the proceedings against him and whether he can assist properly in his defense.

      The parties are directed to provide all relevant materials to Dr. Paradis, and to facilitate Dr. Paradis's examination of Mr. Roman, in order to ensure that Dr. Paradis can complete her examination of Mr. Roman promptly.

      The conference scheduled in this case for December 1, 2025, is hereby adjourned to February 17, 2025, at 11:00 a.m. in Courtroom 14C, United States Courthouse, 500 Pearl Street, New York NY.

      The deadline for the filing of defense motions is hereby adjourned sine die. To the extent either party has an application with respect to the Speedy Trial Act, it shall be submitted in accordance with Section 3.E of the Court's Individual Rules and Practices in Criminal Cases.

The Clerk of Court is directed to terminate ECF No. 53.

SO ORDERED.

Dated: November 24, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge