UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

              :

UNITED STATES OF AMERICA,          :

              :

       -v-             :        25 Cr. 329 (JAV)

              :

ALBERTO ROMAN,           :        ORDER

              :

          Defendant.    :

              :

------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court is in receipt of the joint letter submitted on November 19, 2025.  ECF No. 55.

      It is hereby ordered that Dr. Cherly Paradis, a forensic psychiatrist, is appointed pursuant to 18 U.S.C. § 4241(b) to conduct a psychiatric examination of the defendant, Alberto Roman, in order to determine whether Mr. Roman understands the nature and consequences of the proceedings against him and whether he can assist properly in his defense.

      SO ORDERED.

Dated: January 6, 2026
      New York, New York          _____
                             JEANNETTE A. VARGAS
                             United States District Judge